Krystina M Butchart
Nevada Bar No. 14844
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
KButchart@wshblaw.com
tduffy@wshblaw.com

Attorneys for Defendant COMOTO HOLDINGS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

********

| | |
|---|---|
| SHANITA WILLIAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COMOTO HOLDINGS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:26-cv-00801-GMN-NJK<br>The Hon. Gloria M. Navarro<br><br>**STIPULATION AND (PROPOSED) ORDER TO APPEAR REMOTELY FOR SETTLEMENT CONFERENCE/MEDIATION** |

COMES NOW Plaintiff, SHANITA WILLIAMS, and Defendant COMOTO HOLDINGS, INC., by and through their respective counsel of record, and hereby moves this court for an Order for Defendant's insurance representative and representative of Defendant to appear remotely for settlement conference ("mediation").

**I. <u>Introduction</u>**

On May 14, 2026, the Court filed Order Setting Mediation, which set a Settlement Conference ("mediation") for 9:00 a.m. on September 17, 2026. This Order requires, *inter alia*, that a representative with binding authority to settle this matter up to the full amount of the claim or most recent demand to be present for the duration of the mediation. This Order further requires in relevant part, that if any party is subject to coverage by an insurance carrier, then a representative of the insurance carrier with authority to settle this matter up to the full amount of the claim or most recent demand must also be present for the duration of the mediation. This representative must be the



WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

adjuster primarily responsible for the claim or an officer with supervisory authority over that adjuster.

Here, Comoto's insurance adjuster primarily responsible for this claim lives in Garden City, New York. Moreover, Comoto's local representatives are on maternity leave during the mediation. As such, an out of state Comoto representative will attend the mediation. To avoid the time and expense of travel, the parties agreed to stipulate to permit Comoto's insurance adjuster and Comoto's representative to appear remotely via Zoom for the mediation. Accordingly, the parties put forth that there is good cause for remote appearances and respectfully request that the instant stipulation is granted.

**II. <u>Legal Standard</u>**

Pursuant to May 14, 2026, Order Setting Mediation, "[a]ny party that needs to appear remotely may file and serve a motion or stipulation requesting remote appearance no later than three (3) weeks prior to the mediation and must show good cause for remote appearance."

LR 1-1 (b) provides in relevant part:

> The court is committed to assisting attorneys and parties in reducing costs in civil cases. It is the obligation of attorneys, as officers of the court, to work toward the prompt completion of each case and to minimize litigation expense. These rules provide the basic tools for management of civil cases, including discovery. Effective advocacy depends on cooperative use of these rules to manage cases in a cost-effective manner. Attorneys and litigants should consider the following non-exhaustive means for reducing costs: (1) limiting and phasing discovery; (2) using the assigned magistrate judge to resolve discovery disputes by telephone or informal conference; (3) using pre-discovery alternative dispute resolution, including, if appropriate, a pre-discovery early settlement conference with a magistrate judge[.]

**III. <u>Good Cause Exists for Comoto's Insurance Adjuster and Comoto's Representative to Appear Remotely via Zoom for the Mediation</u>**

The parties put forth that there is good cause for Comoto's insurance adjuster and Comoto's representative to appear remotely for the mediation because Comoto's insurance adjuster primarily responsible for this claim, Zohar Lushe, lives in Garden City, New York. Moreover, Comoto's local representatives Brittany Thibodeaux and Carina Arriaga would attend the mediation in person. However, both Ms. Thibodeaux and Ms. Arriaga are on maternity leave at the time of the mediation. As such, Comoto representative Letishia Scott will attend the mediation. Ms. Scott resides in

WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405

Fairfield, California. As such, attending the mediation in person would require Mr. Lushe and Ms. Scott to engage in long-distance travel. Attending the mediation remotely will serve to minimize litigation expense.

Additionally, if Mr. Lushe and Ms. Scott are permitted to attend the mediation remotely, they will attend the entire during of the mediation via Zoom.

Lastly, Comoto's defense counsel will attend the mediation in person.

Therefore, the parties put forth that there is good cause to grant the instant stipulation.

## IV. Conclusion

Based on the foregoing, the parties put forth that there is good cause to grant the instant stipulation and respectfully request this Honorable Court for an Order permitting Comoto's insurance adjuster and Comoto's representative to appear remotely for the mediation.

Dated this 25th day of August, 2026

GREENBERG GROSS LLP

By /s/ Michael A. Burnette
Michael A. Burnette, Esq.
Nevada Bar No. 16210
1980 Festival Plaza Drive., Suite 730
Las Vegas, NV 89135
Tel. 702-777-0888
*Attorneys for Plaintiff*

Dated this 25th day of August, 2026

WOOD, SMITH, HENNING & BERMAN LLP

By /s/ Krystina M. Butchart
Krystina M. Butchart, Esq.
Nevada Bar No. 14844
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702.251.4100
*Attorneys for Defendant*

**IT IS SO ORDERED. Defense counsel shall be responsible to coordinating and procuring the remote appearance of Comoto's representative and its insurance adjustor.**

**Dated 8/26/26.**

______________________________

**United States Magistrate Judge**

WOOD, SMITH, HENNING & BERMAN LLP
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702.251.4100 ♦ FAX 702.251.5405